CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 27 2018

JULIA C. DUDLEY, CLERK
BY: /s/ H. Beeson
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **GLEN E. WILDER, JR.,** | ) | Civil Action No. 7:17-cv-00221 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **JAMES WHITLEY, et al.,** | ) | By:  Hon. Michael F. Urbanski |
|     Defendants. | ) |        **Chief United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motions for summary judgment are **GRANTED** and the case is **STRICKEN** from the active docket.

ENTER: This 27th day of June, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge